IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Chief Petty Officer JOHN FISCHER and ASHLEY FISCHER | * * * |
| Chief Warrant Officer JORGE ROMAN and RAVEN ROMAN | * * * |
| Plaintiffs | * * |
| v. | *   Case No. 1:22-cv-00286 * |
| FORT BELVOIR RESIDENTIAL COMMUNITIES LLC, et al. | * * * |
| Defendants | * |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STRIKE PORTIONS OF PLAINTIFFS' AMENDED COMPLAINT**

Defendants, Fort Belvoir Residential Communities LLC, Michaels Management Services, Inc., and MMS Army, LLC, by and through their counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 12(f) and LCvR 7, file this Motion to Dismiss or, in the Alternative, Motion to Strike Portions of Plaintiffs' First Amended Complaint. In support thereof, Defendants state as follows:

1. This case involves a landlord-tenant dispute concerning allegations by Plaintiffs regarding their former military family housing located at the U.S. Army Garrison Fort Belvoir in Fairfax County, Virginia.

2. Plaintiffs have asserted claims against Fort Belvoir Residential Communities LLC, Michaels Management Services, Inc., and MMS Army, LLC. Their 448-paragraph First Amended Complaint asserts six claims for relief: First Claim for Relief – Violation of the Consumer Protection Act; Second Claim for Relief – Violation of the Virginia Residential Landlord/Tenant Act; Third Claim for Relief – Breach of Contract; Fourth Claim for Relief – Negligence and Negligent Repair;

Fifth Claim for Relief – Temporary Recurrent Private Nuisance; and Sixth Claim for Relief – Declaratory and Injunctive Relief.

3.  Defendant, Fort Belvoir Residential Communities LLC (FBRC) is the Plaintiffs' landlord.  Michaels Management Services, Inc. (MMS) is the former property manager for housing at Fort Belvoir. MMS Army, LLC (MMS Army) is the current property manager.

4.  Plaintiffs' First Amended Complaint should be dismissed in its entirety under the "shotgun pleading" standard. The characteristics of a shotgun pleading include: the assertion of multiple counts that each adopt all of the preceding allegations; allegations of conclusory, vague, confusing, or immaterial facts that do not clearly match with a particular cause of action; and the commingling of allegations against multiple defendants without specifying which defendant is responsible for which act. *See Negron-Bennett v. McCandless*, 2013 U.S. Dist. LEXIS 103681, at *14-21. Plaintiffs' First Amended Complaint contains numerous irrelevant statements and overly broad allegations, such that it is impossible to determine which assertions support which claims against which Defendants, or even how to respond to some of the allegations that reference non-parties, housing communities other than Fort Belvoir, and accusations that have no bearing on Plaintiffs' alleged claims.

5.  In the alternative, Plaintiffs' First Amended Complaint also fails to state a claim as to their First Claim for Relief – Violation of the Virginia Consumer Protection Act, Fourth Claim for Relief – Negligence and Negligent Repair, and Sixth Claim for Relief – Declaratory and Injunctive Relief. Those claims should be dismissed with prejudice even if the Court finds that the other claims for relief in the FAC are pled sufficiently. Pursuant to Rule 12(f), Defendants also move to strike the following 39 numbered paragraphs from the First Amended Complaint – ¶¶ 11, 22, 23, 27, 28, 30, 31, 32, 33, 34, 37, 38, 43, 279, 280, 281, 282, 284, 285, 286, 287, 288, 289, 290, 324, 325, 326, 327,

329, 330, 334, 335, 336, 337, 338, 339, 340, 341, and 345. These portions of the First Amended Complaint contain dozens of redundant, immaterial, impertinent, and scandalous allegations regarding non-parties and unrelated matters, and should be stricken.

WHEREFORE, as set forth above and in the accompanying Memorandum in Support of Motion to Dismiss or, in the Alternative, Motion to Strike Portions of Plaintiffs' First Amended Complaint, Defendants respectfully request that this Court enter an order granting their Motion to Dismiss, with prejudice. Defendants request a hearing before this Honorable Court.

Respectfully submitted,

  /s/ Kathryn E. Bonorchis
Kathryn E. Bonorchis #80007
Joseph Doukmetzian, #91685
Lewis, Brisbois, Bisgaard & Smith, LLP
100 Light Street, Suite 1300
Baltimore, Maryland, 21202
Telephone: 410-525-6409
Fax: 410-779-3910
Kathryn.Bonorchis@lewisbrisbois.com
Joseph.Doukmetzian@lewisbrisbois.com
*Attorneys for Defendants*

Richard G, Morgan, *Pro Hac* Forthcoming
Tina Syring, *Pro Hac* Forthcoming
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
90 South 7th Street, Suite 2800
Minneapolis, Minnesota 55402
Phone: 612.428.5000
Fax: 612.428.5001
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of July, 2022, a copy of the foregoing Motion to Dismiss or, in the Alternative, Motion to Strike Portions of Plaintiffs' First Amended Complaint, was served electronically through CM/ECF to counsel for Plaintiffs:

David Hilton Wise, VA Bar No. 30828
Joseph M. Langone, VA Bar No. 43543
WISE LAW FIRM PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
jlangone@wiselaw.pro

Joel R. Rhine, NC State Bar No. 16028
Martin A. Ramey, NC State Bar No. 33617
Ruth A. Sheehan, NC State Bar No. 48069
RHINE LAW FIRM, P.C.
1612 Military Cutoff Rd., Suite 300
Wilmington, NC 28403
Phone: 910-772-9960
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com
RAS@rhinelawfirm.com

Mona Lisa Wallace, NC Bar No. 009201
John Hughes, NC State Bar No. 22126
WALLACE AND GRAHAM, PA.
525 N. Main Street
Salisbury, NC 28144
Phone: 704-633-5244
mwallace@wallacegraham.com
jhughes@wallacegraham.com

John A. Yanchunis, FL Bar No. 324681
Kenya Reddy, FL Bar No. 459933
MORGAN & MORGAN LAW FIRM
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Phone: 813-223-5505
JYanchunis@ForThePeople.com
KReddy@ForThePeople.com

                                                                          */s/ Kathryn E. Bonorchis*
                                                                          Kathryn E. Bonorchis