IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
Case No. 1:22-CV-00286

| | |
|---|---|
| **CHIEF PETTY OFFICER JOHN FISCHER,** et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| **FORT BELVOIR RESIDENTIAL COMMUNITIES, LLC, et al.,** | ) ) ) |
| *Defendants.* | ) ) ) |

### JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF MOTION

The Plaintiffs and the Defendants, each acting through their below-signed counsel, hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 15(a)(2), all Defendants herein consent to the filing of Plaintiffs' Second Amended Complaint which shall be filed in accordance with this stipulation by August 8, 2022.

2. Defendants have consented only to the filing of the Second Amended Complaint that their counsel reviewed and approved on Friday, August 5, 2022.

3. If Plaintiffs file the version of the Second Amended Complaint that Defendants, through counsel, approved, then Defendants hereby withdraw their Motion to Dismiss filed July 11, 2022. ECF 10. If any other version of the Second Amended Complaint is filed, then Defendants will not withdraw their Motion to Dismiss.

4. Defendants reserve all rights and defenses except as stated herein.

4869-9981-9565.1

DATED: August 5, 2022.

/s/ Joseph M. Langone
David Hilton Wise, VA Bar No. 30828
Joseph M. Langone, VA Bar No. 43543
WISE LAW FIRM PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
jlangone@wiselaw.pro
*Counsel for Plaintiffs*

/s/ Kathryn E. Bonorchis
Kathryn E. Bonorchis #80007
Joseph Doukmetzian, 91685
Lewis, Brisbois, Bisgaard & Smith, LLP
100 Light Street, Suite 1300
Baltimore, Maryland, 21202
Telephone: 410-525-6409
Fax: 410-779-3910
Kathryn.Bonorchis@lewisbrisbois.com
Joseph.Doukmetzian@lewisbrisbois.com
*Attorneys for Defendants*

4869-9981-9565.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2022, a copy of the foregoing *Stipulation* was served electronically through CM/ECF on:

>Kathryn E. Bonorchis #80007
>Joseph Doukmetzian, 91685
>Lewis, Brisbois, Bisgaard & Smith, LLP
>100 Light Street, Suite 1300
>Baltimore, Maryland, 21202
>Telephone: 410-525-6409
>Fax: 410-779-3910
>Kathryn.Bonorchis@lewisbrisbois.com
>Joseph.Doukmetzian@lewisbrisbois.com
>*Attorneys for Defendants*

>/s/ Joseph M. Langone
>David Hilton Wise, VA Bar No. 30828
>Joseph M. Langone, VA Bar No. 43543
>WISE LAW FIRM PLC
>10640 Page Avenue, Suite 320
>Fairfax, Virginia 22030
>Phone: 703-934-6377
>dwise@wiselaw.pro
>jlangone@wiselaw.pro
>*Counsel for Plaintiffs*

4869-9981-9565.1