IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Chief Petty Officer JOHN FISCHER and ASHLEY FISCHER, et al. | * * * |
| Plaintiffs | * * |
| v. | *   Case No. 1:22-cv-00286 * |
| FORT BELVOIR RESIDENTIAL COMMUNITIES LLC, et al. | * * * |
| Defendants | * |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' VCPA CLAIM OR, IN THE ALTERNATIVE, MOTION TO STRIKE PORTIONS OF THE THIRD AMENDED COMPLAINT**

Defendants, Fort Belvoir Residential Communities LLC, Michaels Management Services, Inc., and MMS Army, LLC, by and through their counsel, and pursuant to fed. R. Civ. P. 12(b)(6), fed. R. Civ. P. 12(f) and LCvR 7, file this Motion to Dismiss of Plaintiffs' claim for Violation Of the Consumer Protection Act in their Third Amended Complaint or, in the alternative, Motion to Strike a portion of the Third Amended Complaint. In support thereof, Defendants state as follows:

1. This putative class action case involves a landlord-tenant dispute concerning allegations by 32 named Plaintiffs regarding their current and former military family housing located at the U.S. Army Garrison Fort Belvoir in Fairfax County, Virginia.

2. Plaintiffs have asserted claims against Fort Belvoir Residential Communities LLC, Michaels Management Services, Inc., and MMS Army, LLC. Their 815-paragraph Third Amended Complaint (TAC) asserts four claims for relief: First Claim for Relief – Violation Of The Consumer Protection Act; Second Claim for Relief – Violation Of The Virginia Residential Landlord/Tenant Act; Third Claim For Relief – Breach Of Contract; and Fourth Claim For Relief – Temporary Recurrent Private Nuisance. Plaintiffs agreed to dismiss the Virginia Consumer Protection Act claim

after Defendants moved to dismiss it, but four months later, they filed a Motion for Leave to Amend to add the VCPA claim back into the case. The Court granted the Motion for Leave to Amend on December 2, 2022.

3. Defendant Fort Belvoir Residential Communities LLC (FBRC) is the Plaintiffs' landlord. Michaels Management Services, Inc. (MMS) is the former property manager for housing at Fort Belvoir. MMS Army, LLC (MMS Army) is the current property manager.

4. Plaintiffs' First Claim for Relief – Violation Of The Virginia Consumer Protection Act should be dismissed with prejudice for failure to state a claim, both because the Third Amended Complaint fails to state sufficient facts to support such a claim and because it is time-barred by the statute of limitations. As this is a putative class action lawsuit, if a claim fails for some of the Plaintiffs on the basis of statute of limitations, it should fail for all Plaintiffs.

5. Additionally, Paragraph 696 of the TAC should be stricken. Plaintiffs previously agreed to drop it, did not seek leave to amend to add it back into the lawsuit, but added it to their TAC.

WHEREFORE, as set forth above and in the accompanying Memorandum in Support of Motion to Dismiss Plaintiffs' VCPA Claim or, in the alternative, Motion to Strike, Defendants respectfully request that this Court enter an order granting their Motion to Dismiss as to Plaintiffs' First Claim for Relief, with prejudice, as well as striking Paragraph 696 from the TAC. Defendants request a hearing before this Honorable Court.

Respectfully submitted,

  /s/ *Kathryn E. Bonorchis*
Kathryn E. Bonorchis #80007
Joseph Doukmetzian, #91685
Carly Chick, Admitted *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland, 21202
Telephone: 410-525-6409
Fax: 410-779-3910
Kathryn.Bonorchis@lewisbrisbois.com
Joseph.Doukmetzian@lewisbrisbois.com
Carly.Chick@lewisbrisbois.com
*Attorneys for Defendants*

Richard G. Morgan, Admitted *Pro Hac Vice*
Tina Syring-Petrocchi, Admitted *Pro Hac Vice*
Emily Suhr, Admitted *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
90 South 7th Street, Suite 2800
Minneapolis, Minnesota 55402
Phone: 612.428.5000
Fax: 612.428.5001
Richard.Morgan@lewisbrisbois.com
Tina.Syring@lewisbrisbois.com
Emily.Suhr@lewisbrisbois.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 22nd day of December, 2022, a copy of the foregoing Motion to Dismiss Plaintiffs' VCPA Claim was served electronically through CM/ECF to counsel for Plaintiffs:

    David Hilton Wise, VA Bar No. 30828
    Joseph M. Langone, VA Bar No. 43543
    WISE LAW FIRM PLC
    10640 Page Avenue, Suite 320
    Fairfax, Virginia 22030
    Phone: 703-934-6377
    dwise@wiselaw.pro
    jlangone@wiselaw.pro

    Joel R. Rhine, NC State Bar No. 16028
    Martin A. Ramey, NC State Bar No. 33617
    Ruth A. Sheehan, NC State Bar No. 48069
    RHINE LAW FIRM, P.C.
    1612 Military Cutoff Rd., Suite 300
    Wilmington, NC 28403
    Phone: 910-772-9960
    jrr@rhinelawfirm.com
    mjr@rhinelawfirm.com
    RAS@rhinelawfirm.com

    Mona Lisa Wallace, NC Bar No. 009201
    John Hughes, NC State Bar No. 22126
    WALLACE AND GRAHAM, PA.
    525 N. Main Street
    Salisbury, NC 28144
    Phone: 704-633-5244
    mwallace@wallacegraham.com
    jhughes@wallacegraham.com

    John A. Yanchunis, FL Bar No. 324681
    Kenya Reddy, FL Bar No. 459933
    MORGAN & MORGAN LAW FIRM
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Phone: 813-223-5505
    JYanchunis@ForThePeople.com
    KReddy@ForThePeople.com

                                                    /s/ *Kathryn E. Bonorchis*
                                                       Kathryn E. Bonorchis