**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Chief Petty Officer JOHN FISCHER and ASHLEY FISCHER, et al. | * * * |
| Plaintiffs | * * |
| v. | * Case No. 1:22-cv-00286 |
| | * |
| FORT BELVOIR RESIDENTIAL COMMUNITIES LLC, et al. | * * * |
| Defendants | * |

**ORDER**

UPON CONSIDERATION of the Motion to Dismiss Plaintiffs' VCPA Claim from their Third Amended Complaint filed by the Defendants, Fort Belvoir Residential Communities LLC, Michaels Management Services, Inc., and MMS Army, LLC or, in the alternative, Motion to Strike, any opposition thereto, and for the reasons set forth in Defendants' Motion, it is this _____ day of _____, 2023, hereby

ORDERED, that the Defendants' Motion to Dismiss Plaintiffs' VCPA Claim or, in the alternative, Motion to Strike is GRANTED; and it is further

ORDERED, that the Plaintiffs' First Cause of Action for Violation of the Virginia Consumer Protection Act is DISMISSED WITH PREJUDICE; and it is further

ORDERED, that Paragraph 696 of the Third Amended Complaint shall be stricken.

Entered:

_____
United States District Judge