IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Chief Petty Officer JOHN FISCHER and ASHLEY FISCHER, et al.<br><br>   Plaintiffs<br><br>v.<br><br>FORT BELVOIR RESIDENTIAL COMMUNITIES LLC, et al.<br><br>   Defendants | *<br>*<br>*<br>*<br>*<br>*  Case No. 1:22-cv-00286<br>*<br>*<br>*<br>*<br>* |

**DEFENDANTS' MOTION TO COMPEL FURTHER DISCOVERY FROM PLAINTIFFS FISCHERS, ROMANS, AND LANES**

Defendants, Fort Belvoir Residential Communities LLC, and Michaels Management Services, Inc., by and through their counsel, and pursuant to Fed. R. Civ. P. 37(a) and LCvR 37.1, file this Motion to Compel Plaintiffs John Fischer, Ashley Fischer, Jorge Roman, Raven Roman, John Lane, and Cassandra Lane to supplement their responses to Defendants' Requests for Production and Interrogatories.

In support thereof, defendants state as follows:

1. This case involves a landlord-tenant dispute concerning allegations by Plaintiffs regarding their former military family housing located at the U.S. Army Garrison Fort Belvoir in Fairfax County, Virginia.

2. On October 24, 2022, Defendants served discovery on Plaintiffs. Plaintiffs' responses were largely deficient. As such, Defendants sought supplemental disclosures, which Plaintiffs agreed to. Specifically, the parties agreed that Plaintiffs would produce any and all social media activity, emails, and text messages for each Plaintiff as well as the advocacy groups they belong to, medical records (if available) and a list of medical providers from five years prior

1

to moving to Fort Belvoir to the present, and documents related to out-of-pocket expenses and damages claimed by each Plaintiff.

3. On December 23, 2022, Plaintiffs supplemented their responses but still failed to produce the agreed upon documents and information.

WHEREFORE, as set forth above and in the accompanying Memorandum in Support of Motion to Compel, Defendants respectfully request that this court enter an order granting their Motion and ordering Plaintiffs to produce the following:

(1) All social media activity, including posts, comments to posts, and direct messages for the Belvoir Housing Advocacy Group (Facebook and Twitter);

(2) All social media activity, including posts, comments to posts, and direct messages for the Facebook groups Fort Belvoir Spouses Connection, Fort Belvoir Spouses, and Wives at Fort Belvoir;

(3) All social media activity, including posts, comments to posts, and direct messages for the Facebook account Donuts for Rhett;

(4) All social media activity, including posts, comments to posts, and direct messages for the Lane family;

(5) All emails to and from the Belvoir Housing Advocacy Group;

(6) All emails to and from the Facebook groups Fort Belvoir Spouses Connection, Fort Belvoir Spouses, and Wives at Fort Belvoir;

(7) All emails to and from the Facebook account Donuts for Rhett;

(8) All emails in the possession of the Lane family related to this lawsuit and its claims;

(9) All text message from any plaintiff related to the lawsuit that have not yet been produced;

(10)   A list of Medical providers for the Lane family;

(11)   A list of Medical providers for the Roman family;

(12)   All reciepts, invoices, or other evidence of out-of-pocket expenses incured, or in the alternate, a definitive statement that no such costs were incurred.

Respectfully submitted,

  */s/ Kathryn E. Bonorchis*
Kathryn E. Bonorchis #80007
Joseph Doukmetzian, #91685
Carly Chick, Admitted *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland, 21202
Telephone: 410-525-6409
Fax: 410-779-3910
Kathryn.Bonorchis@lewisbrisbois.com
Joseph.Doukmetzian@lewisbrisbois.com
Carly.Chick@lewisbrisbois.com
*Attorneys for Defendants*

Richard G. Morgan, Admitted *Pro Hac Vice*
Tina Syring-Petrocchi, Admitted *Pro Hac Vice*
Emily Suhr, Admitted *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
90 South 7th Street, Suite 2800
Minneapolis, Minnesota 55402
Phone: 612.428.5000
Fax: 612.428.5001
Richard.Morgan@lewisbrisbois.com
Tina.Syring@lewisbrisbois.com
Emily.Suhr@lewisbrisbois.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2022, a copy of the foregoing Motion to Compel was served electronically through CM/ECF to counsel for Plaintiffs:

David Hilton Wise, VA Bar No. 30828
Joseph M. Langone, VA Bar No. 43543
WISE LAW FIRM PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
jlangone@wiselaw.pro

Joel R. Rhine, NC State Bar No. 16028
Martin A. Ramey, NC State Bar No. 33617
Ruth A. Sheehan, NC State Bar No. 48069
RHINE LAW FIRM, P.C.
1612 Military Cutoff Rd., Suite 300
Wilmington, NC 28403
Phone: 910-772-9960
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com
RAS@rhinelawfirm.com

Mona Lisa Wallace, NC Bar No. 009201
John Hughes, NC State Bar No. 22126
WALLACE AND GRAHAM, PA.
525 N. Main Street
Salisbury, NC 28144
Phone: 704-633-5244
mwallace@wallacegraham.com
jhughes@wallacegraham.com

John A. Yanchunis, FL Bar No. 324681
Kenya Reddy, FL Bar No. 459933
MORGAN & MORGAN LAW FIRM
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Phone: 813-223-5505
JYanchunis@ForThePeople.com
KReddy@ForThePeople.com

/s/ *Kathryn E. Bonorchis*
Kathryn E. Bonorchis