**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

Chief Petty Officer JOHN FISCHER and　　*
ASHLEY FISCHER, et al.　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*
　　　　　　Plaintiffs　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　　　　*　　　Case No. 1:22-cv-00286
　　　　　　　　　　　　　　　　　　　　*
FORT BELVOIR RESIDENTIAL　　　　　　　*
COMMUNITIES LLC, et al.　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*
　　　　　　Defendants　　　　　　　　　*

**<u>ORDER</u>**

UPON CONSIDERATION of the Motion to Compel filed by the Defendants, Fort Belvoir

Residential Communities LLC, and Michaels Management Services, Inc, any opposition thereto, and

for the reasons set forth in Defendants' Motion, it is this _____ day of _____, 2023, hereby

ORDERED, that the Defendants' Motion to Compel is GRANTED; and it is further

ORDERED, that the Plaintiffs shall produce the following documents within fourteen days of

this order:

(1)  All social media activity, including posts, comments to posts, and direct messages for the

Belvoir Housing Advocacy Group (Facebook and Twitter);

(2)   All social media activity, including posts, comments to posts, and direct messages for

the Facebook groups Fort Belvoir Spouses Connection, Fort Belvoir Spouses, and Wives at

Fort Belvoir;

(3)  All social media activity, including posts, comments to posts, and direct messages for the

Facebook account Donuts for Rhett;

(4)  All social media activity, including posts, comments to posts, and direct messages for the

Lane family;

(5) All emails to and from the Belvoir Housing Advocacy Group;

(6) All emails to and from the Facebook groups Fort Belvoir Spouses Connection, Fort Belvoir Spouses, and Wives at Fort Belvoir;

(7) All emails to and from the Facebook account Donuts for Rhett;

(8) All emails in the possession of the Lane family related to this lawsuit and its claims;

(9) All text message from any plaintiff related to the lawsuit that have not yet been produced;

(10)   A list of Medical providers for the Lane family;

(11)   A list of Medical providers for the Roman family;

(12)   All reciepts, invoices, or other evidence of out-of-pocket expenses incured, or in the alternate, a definitive statement that no such costs were incurred.


Entered:

_____
United States District Judge