# Exhibit 2

**From:** Dave Wise <dwise@wiselaw.pro>
**Date:** December 14, 2022 at 11:55:51 AM EST
**To:** "Bonorchis, Kathryn" <Kathryn.Bonorchis@lewisbrisbois.com>, Madison Humphreys <mhumphreys@wiselaw.pro>
**Cc:** Joe Langone <jlangone@wiselaw.pro>, Lisa Tanous <ltanous@wiselaw.pro>, "Morgan, Richard" <Richard.Morgan@lewisbrisbois.com>, "Syring, Tina" <Tina.Syring@lewisbrisbois.com>, JHughes@wallacegraham.com, jrr@rhinelawfirm.com, jvanchunis@forthepeople.com, kreddy@forthepeople.com, mwallace@wallacegraham.com, RAS@rhinelawfirm.com, "Knight, Jeffrey A." <jeffrey.knight@pillsburylaw.com>, slc@rhinelawfirm.com, Patrick Mathews x4676 <pmathews@forthepeople.com>
**Subject: RE: [EXT] RE: Fischer/Roman v. FBRC, et al. -Meet & Confer Letters re Lane and Fischer**

Kathryn,

Thanks for the call yesterday. It was very productive. Your email accurately describes our conversation, and we will supplement and produce by December 23rd with any additional documents within Plaintiffs' possession, custody, and control. We will also supplement interrogatory answer regarding emotional distress and other damages for nuisance.

Regarding medical records, you were going to provide us with a proposed medical release authorization form to review, which we can have the plaintiffs sign, and you in turn would provide us copies of all medical records that you receive. As agreed, the plaintiffs will provide names of providers so that you know where to send the signed authorizations. We'll have all 17

families sign the form (which may be modified to reflect each particular plaintiff's window of time) so you can start that process.  If any of the plaintiffs currently have any medical records in their possession for the agreed upon time period (five years prior to Ft. Belvoir occupancy to the present) they'll include those records for the Fischers, Lanes, and Romans in the supplemental discovery response by December 23rd (if not before) and for the other new plaintiff families when their discovery responses are due. As we discussed, we are seeking damages for nuisance/VCPA claims in the class action and not your typical individual personal injury/medicals.

Regarding work orders, tests and inspection reports, social media, text and emails that are responsive to your discovery requests, we will produce if they are in Plaintiffs' possession, custody and control (to the extent they have not already been produced).

Finally, we discussed gaining access to all homes on base that were previously occupied by all the Plaintiffs to allow our experts to conduct an inspection and tests of each home.  Depending upon what we find, we may need to discuss a follow-up inspection with some of the homes, but we can discuss that later.  We'll send a formal notice today – I understand that it may take some time to respond, and we will work with you regarding the dates and timing. I think the logistics will require that we seek to modify the current discovery deadlines. In general, we both agreed that a minimum of two (2) months extension will be required, but we should wait until we firm up our discovery needs before seeking a modification.

Dave Wise

**WISE LAW FIRM, PLC**

10640 Page Avenue, Suite 320
Fairfax, VA  22030
   (703) 934-6377
   (703) 865-8439 -- Direct Dial
   (703) 899-2342 -- Cell
   (703) 934-6379 – Fax

Licensed Attorney in CA, DC, MD, NV and VA
Registered as a Professional Engineer (Civil) in CA
Offices in Fairfax VA and Reno NV

---

**From:** Bonorchis, Kathryn <Kathryn.Bonorchis@lewisbrisbois.com>
**Sent:** Tuesday, December 13, 2022 7:34 PM
**To:** Dave Wise <dwise@wiselaw.pro>; Madison Humphreys <mhumphreys@wiselaw.pro>
**Cc:** Joe Langone <jlangone@wiselaw.pro>; Lisa Tanous <ltanous@wiselaw.pro>; Morgan, Richard <Richard.Morgan@lewisbrisbois.com>; Syring, Tina <Tina.Syring@lewisbrisbois.com>; jhughes@wallacegraham.com; jrr@rhinelawfirm.com; jvanchunis@forthepeople.com; kreddy@forthepeople.com; mwallace@wallacegraham.com; RAS@rhinelawfirm.com; Knight, Jeffrey A. <jeffrey.knight@pillsburylaw.com>; slc@rhinelawfirm.com; Patrick Mathews x4676 <pmathews@forthepeople.com>
**Subject:** RE: [EXT] RE: Fischer/Roman v. FBRC, et al. -Meet & Confer Letters re Lane and Fischer

Dave,

One more category I meant to include – we need all inspection and testing reports in your clients' possession, custody and control.

Kathryn

---

**From:** Bonorchis, Kathryn <Kathryn.Bonorchis@lewisbrisbois.com>
**Sent:** Tuesday, December 13, 2022 7:21 PM
**To:** Dave Wise <dwise@wiselaw.pro>; Madison Humphreys <mhumphreys@wiselaw.pro>
**Cc:** Joe Langone <jlangone@wiselaw.pro>; Lisa Tanous <ltanous@wiselaw.pro>; Morgan, Richard <Richard.Morgan@lewisbrisbois.com>; Syring, Tina <Tina.Syring@lewisbrisbois.com>; jhughes@wallacegraham.com; jrr@rhinelawfirm.com; jvanchunis@forthepeople.com; kreddy@forthepeople.com; mwallace@wallacegraham.com; RAS@rhinelawfirm.com; Knight, Jeffrey A. <jeffrey.knight@pillsburylaw.com>; slc@rhinelawfirm.com; Patrick Mathews x4676 <pmathews@forthepeople.com>
**Subject:** RE: [EXT] RE: Fischer/Roman v. FBRC, et al. -Meet & Confer Letters re Lane and Fischer

Dave,

Per our call today, you confirmed that you and your team are working with your clients (Fischers, Lanes and Romans) to produce the documents they did not produce with their discovery responses, and to supplement their written responses, by December 23. The specific categories of documents you agreed that your clients will produce include, but are not limited to, the following:

1. Emails
2. Social media
3. Text messages
4. Medical records in their possession
5. Authorizations for medical records along with a list of providers for each family from 5 years before they lived at Fort Belvoir to the present
6. Receipts, invoices, etc. reflecting any out of pocket expenses your clients may be seeking

Please reply and confirm that this accurately summarizes your agreement.

Kathryn

---

**From:** Dave Wise <dwise@wiselaw.pro>
**Sent:** Tuesday, December 13, 2022 1:58 PM
**To:** Bonorchis, Kathryn <Kathryn.Bonorchis@lewisbrisbois.com>; Madison Humphreys <mhumphreys@wiselaw.pro>
**Cc:** Joe Langone <jlangone@wiselaw.pro>; Lisa Tanous <ltanous@wiselaw.pro>; Morgan, Richard <Richard.Morgan@lewisbrisbois.com>; Syring, Tina <Tina.Syring@lewisbrisbois.com>; jhughes@wallacegraham.com; jrr@rhinelawfirm.com; jvanchunis@forthepeople.com; kreddy@forthepeople.com; mwallace@wallacegraham.com; RAS@rhinelawfirm.com; Knight, Jeffrey A. <jeffrey.knight@pillsburylaw.com>; slc@rhinelawfirm.com; Patrick Mathews x4676 <pmathews@forthepeople.com>
**Subject:** RE: [EXT] RE: Fischer/Roman v. FBRC, et al. -Meet & Confer Letters re Lane and Fischer


WLF conference call instructions:

Dial: (443) 569-0128

Passcode: 1234


Dave Wise

10640 Page Avenue, Suite 320

Fairfax, VA  22030

   (703) 934-6377

   (703) 865-8439 -- Direct Dial

   (703) 899-2342 -- Cell

   (703) 934-6379 – Fax

Licensed Attorney in CA, DC, MD, NV and VA
Registered as a Professional Engineer (Civil) in CA
Offices in Fairfax VA and Reno NV

---

**From:** Dave Wise
**Sent:** Tuesday, December 13, 2022 1:48 PM
**To:** Bonorchis, Kathryn <Kathryn.Bonorchis@lewisbrisbois.com>; Madison Humphreys <mhumphreys@wiselaw.pro>
**Cc:** Joe Langone <jlangone@wiselaw.pro>; Lisa Tanous <ltanous@wiselaw.pro>; Morgan, Richard <Richard.Morgan@lewisbrisbois.com>; Syring, Tina <Tina.Syring@lewisbrisbois.com>; jhughes@wallacegraham.com; jrr@rhinelawfirm.com; jyanchunis@forthepeople.com; kreddy@forthepeople.com; mwallace@wallacegraham.com; RAS@rhinelawfirm.com; Knight, Jeffrey A. <jeffrey.knight@pillsburylaw.com>; slc@rhinelawfirm.com; Patrick Mathews x4676 <pmathews@forthepeople.com>
**Subject:** RE: [EXT] RE: Fischer/Roman v. FBRC, et al. -Meet & Confer Letters re Lane and Fischer

Madison, please send everyone our conference call number for our 2:00 pm call. Thanks.

Dave Wise

10640 Page Avenue, Suite 320

Fairfax, VA  22030

   (703) 934-6377

   (703) 865-8439 -- Direct Dial

   (703) 899-2342 -- Cell

   (703) 934-6379 – Fax

Licensed Attorney in CA, DC, MD, NV and VA
Registered as a Professional Engineer (Civil) in CA
Offices in Fairfax VA and Reno NV

---

**From:** Bonorchis, Kathryn <Kathryn.Bonorchis@lewisbrisbois.com>
**Sent:** Sunday, December 11, 2022 7:04 PM
**To:** Dave Wise <dwise@wiselaw.pro>
**Cc:** Joe Langone <jlangone@wiselaw.pro>; Lisa Tanous <ltanous@wiselaw.pro>; Morgan, Richard <Richard.Morgan@lewisbrisbois.com>; Syring, Tina <Tina.Syring@lewisbrisbois.com>; jhughes@wallacegraham.com; jrr@rhinelawfirm.com; jyanchunis@forthepeople.com; kreddy@forthepeople.com; mwallace@wallacegraham.com; RAS@rhinelawfirm.com; Knight, Jeffrey A. <jeffrey.knight@pillsburylaw.com>; slc@rhinelawfirm.com; Patrick Mathews x4676 <pmathews@forthepeople.com>
**Subject:** Re: [EXT] RE: Fischer/Roman v. FBRC, et al. -Meet & Confer Letters re Lane and Fischer

Yes, December 13 at 2pm works.

On Dec 11, 2022, at 6:45 PM, Dave Wise <dwise@wiselaw.pro> wrote:

Katheryn,

I will review your meet and confer letters regarding the three plaintiffs with my co-counsel and get back to you, but I will need a bit more time.  Can we schedule our conference call for Tuesday, December 13, 2022, at 2:00 pm?

Dave Wise

<image002.png>

10640 Page Avenue, Suite 320

Fairfax, VA  22030

   (703) 934-6377

   (703) 865-8439 -- Direct Dial

   (703) 899-2342 -- Cell

   (703) 934-6379 -- Fax

Licensed Attorney in CA, DC, MD, NV and VA
Registered as a Professional Engineer (Civil) in CA
Offices in Fairfax VA and Reno NV

---

**From:** Bonorchis, Kathryn <Kathryn.Bonorchis@lewisbrisbois.com>
**Sent:** Sunday, December 11, 2022 4:03 PM
**To:** Dave Wise <dwise@wiselaw.pro>; Joe Langone <jlangone@wiselaw.pro>; Lisa Tanous <ltanous@wiselaw.pro>
**Cc:** Morgan, Richard <Richard.Morgan@lewisbrisbois.com>; Syring, Tina <Tina.Syring@lewisbrisbois.com>; jhughes@wallacegraham.com; jrr@rhinelawfirm.com; jvanchunis@forthepeople.com; kreddy@forthepeople.com; mwallace@wallacegraham.com; RAS@rhinelawfirm.com; Knight, Jeffrey A. <jeffrey.knight@pillsburylaw.com>; RAS@rhinelawfirm.com; slc@rhinelawfirm.com; Patrick Mathews x4676 <pmathews@forthepeople.com>
**Subject:** RE: Fischer/Roman v. FBRC, et al. -Meet & Confer Letters re Lane and Fischer

Please see the attached letter regarding the Romans' discovery deficiencies. Dave, do you have time for a call at 10am or 12pm tomorrow?

Kathryn

---

**From:** Bonorchis, Kathryn <Kathryn.Bonorchis@lewisbrisbois.com>
**Sent:** Friday, December 9, 2022 5:25 PM
**To:** Dave Wise <dwise@wiselaw.pro>; Joe Langone <jlangone@wiselaw.pro>; Lisa Tanous <ltanous@wiselaw.pro>
**Cc:** Morgan, Richard <Richard.Morgan@lewisbrisbois.com>; Syring, Tina <Tina.Syring@lewisbrisbois.com>; jhughes@wallacegraham.com; jrr@rhinelawfirm.com; jvanchunis@forthepeople.com; kreddy@forthepeople.com; mwallace@wallacegraham.com; RAS@rhinelawfirm.com; Knight, Jeffrey A. <jeffrey.knight@pillsburylaw.com>; RAS@rhinelawfirm.com; slc@rhinelawfirm.com; Patrick Mathews x4676 <pmathews@forthepeople.com>
**Subject:** Fischer/Roman v. FBRC, et al. -Meet & Confer Letters re Lane and Fischer

Please see the attached. I will send the Romans' letter when it is done. Per the letters, please let me know your availability for a call on Monday, December 12, 2022.

Kathryn

**Kathryn Bonorchis (Based in Northern Virginia)**
**Partner**

<image003.png>                    Kathryn.Bonorchis@lewisbrisbois.com

**T: 410.525.6409  F: 410.779.3910**

100 Light Street, Suite 1300, Baltimore, MD 21202  |  **LewisBrisbois.com**
**Based in Northern Virginia**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.