**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| CPO John Fischer, et al | ) |
| Plaintiff | ) ) |
| v. | ) ) Civil Action No. 1:22-cv-00286-RDA-LRV ) |
| Fort Belvoir Residential Communities LLC et al | ) ) ) |
| Defendant | ) ) |

## JUDGMENT

Pursuant to the Order of this Court entered on February 16, 2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants Fort Belvoir Residential Communities LLC, Michaels Management Services LLC, and MMS ARMY LLC and against the Plaintiffs CPO John Fischer, Ashley Fisher, CWO3 Jorge Roman, Raven Roman, John J Lane, Cassandra Lane, Jennifer Cocco, Kim Melendez, Bradley Shirley, Christine Wayenburg, Steven Aguilar, Tabitha Warden, James Jackson , Cody Adams, Raymond Warden, Abnie Hunt, Samuel Vidot, Bryson Hunt, Rachel Vidot, Alacia Camechis, James Hayward, Zachary Camechis, Kaitlin Coe, Leslie Gonzalez, James Wayenburg, Gabrielle Adams, Andrew Armstrong, Megan Aguilar, Jose Berdecia-Hernandez, Danielle Hayward, Briana Bragg and Denzale Bragg as to Counts I and II of the TAC.

Dated: 2/16/2024
Alexandria, Virginia

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
S. Williams
Deputy Clerk