IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Chief Petty Officer JOHN FISCHER and ASHLEY FISCHER, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>FORT BELVOIR RESIDENTIAL COMMUNITIES LLC, *et al.*,  )<br>)<br>Defendants.  ) | Civil Action No. 1:22-cv-286 (RDA/LRV) |

### ORDER

This matter comes before the Court on the parties' Joint Motion For Settlement (Dkt. 219) and Corrected Joint Motion To Approve Stipulation (Dkt. 221) ("Joint Motions"). Considering the Joint Motions, and for good cause shown, it is hereby ORDERED that the Joint Motions (Dkt. Nos. 219; 221) are GRANTED; and it is

FURTHER ORDERED that the original Joint Motion to Approve Stipulation (Dkt. 220) is DENIED as MOOT.

The parties are DIRECTED to file a stipulation of dismissal with prejudice promptly after Claimants' counsel confirms receipt of payment of the settlement amount as set forth in the terms of the parties' settlement agreement.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
June 26, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge